UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

Oneil Edwards

USCA NO. _____

SDNY NO. 07cv5504
JUDGE: KMW
DATE: 7/2/ 2007

-v-

N.Y.C. Department of Corrections et al

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME)  Nezam D.
FIRM  APPEALS SECTION
ADDRESS  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO.  (212) 805-0636

DISTRICT COURT DOCKET ENTRIES -----

DOCUMENTS                                                                 DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

( ✓ ) Original Record                                      (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the  2nd  Day of  July , 2007.

United States District Court for
the Southern District of New York
--------------------------------------------------------
Oneil Edwards

-V-

N.Y.C. Department of Corrections et al
--------------------------------------------------------

Date: 7/2 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv5504__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __2nd__ Day of __July__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05504-KMW
### Internal Use Only

Edwards v. N.Y.C. Department of Corrections et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 06/11/2007
Date Terminated: 06/11/2007
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Oneil Edwards.(laq) (Entered: 06/22/2007) |
| 06/11/2007 | 2 | COMPLAINT against N.Y.C. Department of Corrections, Prison Health Care Network, Corporation Counsel of N.Y.C.. Document filed by Oneil Edwards.(laq) (Entered: 06/22/2007) |
| 06/11/2007 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 06/22/2007) |
| 06/11/2007 | 3 | ORDER OF DISMISSAL,,,,Plaintiff's request to proceed in forma pauperis is granted and the Clerk of Court is directed to assign a docket number to this action. For the reasons set forth, however, this action is dismissed without prejudice.The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/22/2007) |
| 06/11/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/22/2007) |
| 06/22/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Oneil Edwards. (tp) (Entered: 07/02/2007) |
| 06/22/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Oneil Edwards. $455.00 APPEAL FEE DUE. IFP REVOKED 6/11/07. (tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/02/2007) |